AARON D. FORD
  Attorney General
MARAY GARAY (Bar No. 15550)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3788 (phone)
(702) 486-3768 (fax)
Email: mgaray@ag.nv.gov

*Attorneys for Defendants*
*Timothy Calumpong, Betty S. Omandac,*
*Ella Cordovez, and Gabriela Najera,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA HERRERA, | Case No: 2:23-cv-01397-JAD-BNW |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF** |
| FLORENCE MCLURE WOMEN'S CORRECTIONAL CENTER FACILITY, DEPARTMENT OF CORRECTION, a Political Subdivision of The State of Nevada, *et.al.,* | |
| Defendants. | |

Pursuant to Local Rule IA 11-6(b), NOTICE IS HEREBY GIVEN to the Court and parties that Deputy Attorney General Victoria C. Corey is no longer associated with the Nevada Attorney General's Public Safety Division and seeks to withdraw as counsel for the Defendants in this matter: Timothy Calumpong, Betty S. Omandac, Ella Cordovez, and Gabriela Najera. Deputy Attorney General Mayra Garay will continue to represent the Defendants, and they will not be without counsel.

///

///

///

Based on the above, the undersigned respectfully requests that the Clerk remove Ms. Corey's name as counsel for the Defendants and remove her from the CM/ECF filing list.

DATED this 7th day of February, 2025.

                                      AARON D. FORD
                                      Attorney General

                                      By: /s/ Victoria C Corey
                                             VICTORIA C. COREY (Bar No. 16364)
                                             Deputy Attorney General

                                      *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:** 2/10/2025

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on February 7, 2025, I electronically filed the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
LJU LAW FIRM
7575 Vegas Dr., Suite 100
Las Vegas, Nevada 89128
(702) 707-9433 Telephone
Email: james@thelju.com
*Attorney for Plaintiff*

/s/ Andrea Beckett
ANDREA BECKETT, Employee of the
Office of the Nevada Attorney General