JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA HERRERA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FLORENCE MCCLURE WOMEN'S CORRECTIONAL CENTER FACILITY; STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a Political Subdivision of the State of Nevada; TIMOTHY CALUMPONG, Director of Nursing, FMWCC, and individually; BETTY S. OMANDAC, Nurse Practitioner, FMWCC, and individually; ELLA CORDOVEZ, Nurse Practitioner, FMWCC, and individually; GABRIELA NAJERA, Warden, FMWCC, and individually; MICHAEL MINEV, Medical Director, NDOC and individually; CHARLES DANIELS, Director, NDOC, and individually; DOE INDIVIDUALS 1-100, inclusive; ROE CORPORATIONS 1-100, inclusive;,<br><br>　　　　　　　Defendants. | CASE NO.:　2:23-cv-01397-JAD-BNW<br><br>**STIPULATION TO EXTEND PLAINTIFF'S RESPONSE DEADLINE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 28] (FIRST REQUEST)** |

　　　　Plaintiff, SANDRA HERRERA, by and through attorney of record, JAMES D. URRUTIA, ESQ. of LJU LAW FIRM, and State Defendants, by and through their attorney of record, MAYRA GARAY, ESQ., of the OFFICE OF THE ATTORNEY GENERAL  hereby submit their stipulation

and agreement to extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment [ECF 28] and respectfully request that the Court extend the response deadline for a period of thirty (30) days, making Plaintiff's Response to Defendants Motion for Summary due on Friday April 18, 2025.  The parties request is supported in good cause.

On February 26, 2025, Defendants submitted their Motion for Summary Judgment [ECF 28], accompanied by a supplemental disclosure of documents. In addition to the documents produced in their Initial Disclosure, Defendants have identified further documents marked as "attorney's eyes only" in a discovery log. These documents will be made available to Plaintiff once a Protective Order is established. Although Plaintiff's counsel has had the opportunity since September 2024 to request a Protective Order, the parties have agreed to extend the response deadline to April 18, 2025, to facilitate the establishment of this Protective Order and the subsequent disclosure of the protected documents.

| | |
|---|---|
| Dated this 12th day of March, 2025. | Dated this 12th day of March, 2025. |
| **LJU LAW FIRM** | **OFFICE OF THE ATTORNEY GENERAL** |
| /s/ James D. Urrutia | /s/ Mayra Garay |
| JAMES D. URRUTIA, ESQ. | MAYRA GARAY, ESQ. |
| Nevada Bar No. 12885 | (Bar No. ) |
| 7575 Vegas Drive, Suite 100 | 1 State of Nevada Way, Suite 100 |
| Las Vegas, Nevada 89128 | Las Vegas, NV 89119 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

**DATED:** 3/25/2025

_____
**UNITED STATES MAGISTRATE JUDGE**