JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA HERRERA,<br><br>Plaintiff,<br><br>vs.<br><br>FLORENCE MCCLURE WOMEN'S CORRECTIONAL CENTER FACILITY; STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a Political Subdivision of the State of Nevada; TIMOTHY CALUMPONG, Director of Nursing, FMWCC, and individually; BETTY S. OMANDAC, Nurse Practitioner, FMWCC, and individually; ELLA CORDOVEZ, Nurse Practitioner, FMWCC, and individually; GABRIELA NAJERA, Warden, FMWCC, and individually; MICHAEL MINEV, Medical Director, NDOC and individually; CHARLES DANIELS, Director, NDOC, and individually; DOE INDIVIDUALS 1-100, inclusive; ROE CORPORATIONS 1-100, inclusive;,<br><br>Defendants. | CASE NO.: 2:23-cv-01397-JAD-BNW<br><br>**STIPULATION TO EXTEND PLAINTIFF'S RESPONSE DEADLINE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 28] (SECOND REQUEST)** |

Plaintiff, SANDRA HERRERA, by and through attorney of record, JAMES D. URRUTIA, ESQ. of LJU LAW FIRM, and State Defendants, by and through their attorney of record, MAYRA GARAY, ESQ., of the OFFICE OF THE ATTORNEY GENERAL hereby submit their stipulation

and agreement to extend the deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment [ECF 28] and respectfully request that the Court extend the response deadline for a period of twenty-one (21) days, making Plaintiff's Response to Defendants Motion for Summary due on Thursday, May 8, 2025.  The parties request is supported in good cause.

Plaintiff's counsel is diligently working and conducting thorough research to respond to Defendants' Motion for Summary Judgment. However, due to an extended period of absence from the jurisdiction, additional time is required to file a formal response.

| Dated this <u>14th</u> day of April, 2025. | Dated this <u>14th</u> day of April, 2025. |
|---|---|
| **LJU LAW FIRM** | **OFFICE OF THE ATTORNEY GENERAL** |
| */s/ James D. Urrutia* <br> JAMES D. URRUTIA, ESQ. <br> Nevada Bar No. 12885 <br> 7575 Vegas Drive, Suite 100 <br> Las Vegas, Nevada 89128 <br> *Counsel for Plaintiff* | */s/ Mayra Garay* <br> MAYRA GARAY, ESQ. <br> (Bar No. ) <br> 1 State of Nevada Way, Suite 100 <br> Las Vegas, NV 89119 <br> *Counsel for Defendants* |

**IT IS SO ORDERED.**

**DATED:**   4/16/2025

_____
**UNITED STATES MAGISTRATE JUDGE**