JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
**LJU LAW FIRM**
7575 Vegas Drive, Suite 100
Las Vegas, NV 89128
T: (702) 707-9433
F: (702) 702-2194
James@TheLJU.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA HERRERA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FLORENCE MCCLURE WOMEN'S CORRECTIONAL CENTER FACILITY; STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, a Political Subdivision of the State of Nevada; TIMOTHY CALUMPONG, Director of Nursing, FMWCC, and individually; BETTY S. OMANDAC, Nurse Practitioner, FMWCC, and individually; ELLA CORDOVEZ, Nurse Practitioner, FMWCC, and individually; GABRIELA NAJERA, Warden, FMWCC, and individually; MICHAEL MINEV, Medical Director, NDOC and individually; CHARLES DANIELS, Director, NDOC, and individually; DOE INDIVIDUALS 1-100, inclusive; ROE CORPORATIONS 1-100, inclusive;,<br><br>　　　　Defendants. | CASE NO.:　2:23-cv-01397-JAD-BNW<br><br>**NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD** |

### NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD

**To: All Parties and Their Attorneys of Record,**

　　**PLEASE TAKE NOTICE** that pursuant to LR IA 11-6 of the Local Rules of Practice for

the United States District Court for the District of Nevada, JAMES D. URRUTIA, ESQ. of LJU LAW FIRM, hereby withdraws as attorney of record for Sandra Herrera in the above-captioned matter. The undersigned requests that the Court and all parties remove JAMES D. URRUTIA, ESQ. of LJU LAW FIRM from all further notices and pleadings.

The last known contact information for Sandra Herrera is:

Sandra Herrera
2218 Grand Prize Avenue
North Las Vegas, NV 89032
Herreraaa1977@gmail.com
702-266-7970

Dated this 9th day of October, 2025.

**LJU LAW FIRM**

*/s/ James D. Urrutia*
JAMES D. URRUTIA, ESQ.
Nevada Bar No. 12885
7575 Vegas Drive, Suite 100
Las Vegas, Nevada 89128

It is so ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: October 10, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>9th</u> day of October, 2025, I caused to be served a true copy of the foregoing **NOTICE OF WITHDRAWAL AS ATTORNEY OF RECORD** as follows:

\_\_\_\_  U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below; and/or

\_\_\_\_  Facsimile—By facsimile transmission to the facsimile number(s) shown below; and/or

\_\_\_\_  Hand Delivery—By hand-delivery to the addresses listed below; and/or

x     Electronic Service — in accordance with this Court's electronic filing system to the parties that are registered on the service list.

Victoria C. Corey Esq.
Deputy Attorney General, Office of the Attorney General - Public Safety
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
vcorey@ag.nv.gov

Sandra Herrera
2218 Grand Prize Avenue
North Las Vegas, NV 89032
Herreraaa1977@gmail.com
702-266-7970

*/s/ Sonya Williams*
An employee of LJU LAW FIRM