# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sandra Herrera, | Case No. 2:23-cv-01397-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Timothy Calumpong, et al. | |
| Defendants. | |

Pro se Plaintiff moves to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). ECF No. 47. Section 1915(a) requires a plaintiff to submit an affidavit showing an inability to prepay fees or costs or give security for them. When a party moving to proceed IFP appeals from a district court action, Fed. R. App. P. 24(a) requires that the party file a motion in the district court. The IFP affidavit included in the motion must claim an entitlement to redress and state the issues that the party intends to present on appeal in addition to showing the inability to prepay fees or costs. Fed. R. App. P. 24(a). Local Special Rule 1-1 also requires persons applying to proceed IFP to submit an application "made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities."

Here, Plaintiff used the incorrect application form. Accordingly, this Court must deny his application to proceed IFP without prejudice Accordingly, this Court must deny her application to proceed IFP without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 47) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court kindly send Plaintiff: (1) a copy of this Order; and (2) the approved United States Court of Appeals for the Ninth Circuit form application to proceed *in forma pauperis*; and (3) the document titled "Information and Instructions for Filing an In Forma Pauperis Application."

**IT IS FURTHER ORDERED** that Plaintiff must complete and file the attached application to proceed *in forma pauperis* by November 14, 2025.

DATED: October 15, 2025

                                           BRENDA WEKSLER
                                           UNITED STATES MAGISTRATE JUDGE